FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL HENDRICKS and COLLEEN HENDRICKS, individually and as the marital community comprised thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire insurance company,<br><br>Defendant. | No. 2:25-CV-00340-MKD<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO COMPEL AND DENYING AS MOOT DEFENDANT'S MOTION FOR PROTECTIVE ORDER<br><br>**ECF Nos. 13, 17** |

Before the Court is Defendant Safeco Insurance Company of America's Motion to Compel Plaintiffs' Responses to Discovery Requests for Production Nos. 1-15, ECF No. 13, and Defendant's Motion for Protective Order Re: Request for Production No. 38. ECF No. 17. On March 16, 2026, the Court held a hearing. ECF No. 27. Ryan M. Best appeared on behalf of Plaintiffs. Michael A. Guadagno and Armando Padron-Cruz appeared on behalf of Defendant.

ORDER - 1

Prior to the hearing, Defendant filed a Notice of Withdrawal of Motion withdrawing its Motion for Protective Order.  ECF No. 26.  At the hearing, Defendant informed the Court that Requests for Production 1-12 and 15 had been resolved.  Defendant now only seeks to compel Requests for Production Nos. 13 and 14.  The Court has reviewed the motions and the record, heard from the parties, and is fully informed.  The Court grants Defendant's Motion to Compel regarding Requests for Production Nos. 13 and 14.  The Court denies as moot Defendant's Motion for Protective Order.

Accordingly, **IT IS ORDERED:**

1.　Defendant Safeco Insurance Company of America's Motion to Compel Plaintiffs' Responses to Discovery Requests for Production Nos. 1-15, **ECF No. 13**, is **GRANTED** as to Requests for Production Nos. 13 and 14 and is **MOOT** as to Requests for Production Nos. 1-12 and 15.

2.　Defendant Safeco Insurance Company of America's Motion for Protective Order Re: Request for Production No. 38, **ECF No. 17,** is **DENIED AS MOOT.**

3.　Plaintiffs shall produce responses to Requests for Production Nos. 13 and 14 **on or before March 30, 2026**.

ORDER - 2

**IT IS SO ORDERED.**  The District Court Executive is directed to file this order and provide copies to counsel.

DATED March 16, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3